UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    - v. -

KATRISHA RENAE BIGSBY,
MOHOGANY SHAREA HUFF, and
JASON JARREAU WEATHERLY,

                Defendants.

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 3 2007
```

**SEALED INDICTMENT**

07 Cr.

**07 CRIM. 298**

COUNT ONE

    The Grand Jury charges:

    1.  From in or about April 2006 up to and including in or about April 2007, in the Southern District of New York and elsewhere, KATRINA RENAE BIGSBY, MOHOGANY SHAREA HUFF, and JASON JARREAU WEATHERLY, the defendants, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other, or with others known and unknown, to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 922(a)(1)(A).

    2.  It was a part and an object of the conspiracy that KATRINA RENAE BIGSBY, MOHOGANY SHAREA HUFF, and JASON JARREAU WEATHERLY, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, or licensed dealers, would and did engage in the business of importing, manufacturing, and

dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, in violation of Section 922(a)(1)(A) of Title 18, United States Code.

OVERT ACTS

3.    In furtherance of the conspiracy and to effect the illegal object thereof, KATRINA RENAE BIGSBY, MOHOGANY SHAREA HUFF, and JASON JARREAU WEATHERLY, the defendants, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a.    In or about April 2006, KATRINA RENAE BIGSBY, the defendant, purchased at least approximately five 9 millimeter semi-automatic handguns and one .380 caliber semi-automatic handgun from licensed firearms dealers in Youngstown, Ohio, Niles, Ohio, and Austintown, Ohio.  BIGSBY sold these six handguns to a co-conspirator, and others, who later sold these handguns to an undercover officer in Bronx, New York.

b.    In or about June 2006, JASON JARREAU WEATHERLY, the defendant, purchased at least approximately four 9 millimeter semi-automatic handguns from licensed firearms dealers in Warren, Ohio, and Austintown, Ohio.  WEATHERLY sold these four handguns to a co-conspirator, and others, who later sold these handguns to an undercover officer in Bronx, New York.

c.    In or about June 2006, MOHOGANY SHAREA HUFF, the defendant, purchased at least approximately three 9

-2-

millimeter semi-automatic handguns from licensed firearms dealers

in Warren, Ohio, and Austintown, Ohio.  Huff sold these three

handguns to a co-conspirator, and others, who later sold these

handguns to an undercover officer in Bronx, New York.

(Title 18, United States Code, Section 371.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KATRINA RENAE BIGSBY,
MOHOGANY SHAREA HUFF, and
JASON JARREAU WEATHERLY,

Defendants.

SEALED
INDICTMENT

07 Cr.

(18 U.S.C. § 371.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

April 13, 2007 18
Filed Indictment
Wars issued for Katrisha Renae Bigsby, Mohogany
Sharea Huff and Jason Jarreau Weatherly
Indced filed under Seal

Freeman, USMJ