# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                          :
UNITED STATES OF AMERICA                  :
                                          :      **ORDER**
          -v.-                            :
                                          :      07 Cr. 298
KATRISHA RENAE BIGSBY,                     :
MOHOGANY SHAREA HUFF, and                  :
JASON JARREAU WEATHERLY,                   :
                                          :
          Defendants.                     :
                                          :
- - - - - - - - - - - - - - - - - - - - - X



   Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Benjamin

A. Naftalis;

   It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

   ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.


Dated: New York, New York
   May ___, 2007


     MAY 1 4 2007

          UNITED STATE MAGISTRATE JUDGE
          SOUTHERN DISTRICT OF NEW YORK


        HENRY PITMAN
      United States Magistrate Judge
       Southern District of New York