**DAVID GORDON**
ATTORNEY AT LAW
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TEL (212) 772-6625
FAX (212) 772-8033



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

August 30, 2007

By Facsimile (212) 805-7941

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Katrina Bigsby*,
            07 Cr. 298 (LAP)

Dear Judge Preska:

    This letter is to respectfully request that the conference scheduled for Wednesday, September 5, 2007, at 11:00 a.m. be rescheduled as to my client Katrina Bigsby until Wednesday, October 3, 2007, at 1:00 p.m. to enable her to obtain a less expensive flight from Atlanta to New York, at which time I anticipate that Ms. Bigsby will enter a guilty plea. On behalf of Ms. Bigsby, I consent to the exclusion of time under the Speedy Trial Act. *in the interest of justice*

    Assistant United States Attorney Benjamin A. Naftalis,, Esq., has advised me that I may represent to your Honor that the government has no objection to this application.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*August 30, 2007*

Respectfully yours,

*David Gordon*
David Gordon

cc:    Benjamin A. Naftalis, Esq.
        Assistant United States Attorney (By facsimile)